IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

**ANDREW GUY MORET**,

      Plaintiff,

    v.                                           Case No. 6:21-cv-00477-MO

**STATE OF OREGON**, **et al.**,             ORDER OF DISMISSAL

      Defendants.

**MOSMAN, J.**,

    This matter comes before me on Plaintiff Andrew Guy Moret's Motion for Leave to File Amended Complaint [ECF 69]. For the reasons explained below, I deny Moret's motion and dismiss his case as frivolous.

## BACKGROUND

    Moret initiated this case in March 2021, alleging a host of constitutional and tort claims against Defendants. Compl. [ECF 2]. The Defendants in this case are a galley of government employees and agencies. Defendants moved to dismiss. Mot. to Dismiss [ECF 10]. I granted the motion in part, dismissing most of Moret's claims with prejudice. Op. & Order [ECF 13] at 6. However, I granted Moret leave to amend his claims of negligent deletion of video evidence, denial of access to the courts, and conspiracy. *Id.*

    After requesting an extension, Moret filed his amended complaint on October 15, 2021. Am. Compl. [ECF 23]. Ten days later, he moved for leave to amend his complaint again so that he could docket a "final version" of his complaint that was fully typed and "explained" some

1 – ORDER OF DISMISSAL

aspects of his claim "with increased detail." Mot. for Leave to Amend [ECF 25]. He moved to supplement that complaint the week after. Mot. to Supplement [ECF 33]. I granted the motion to amend and ordered Moret to file the amended complaint he attached to that motion. Order [ECF 41]. But instead of filing his proposed complaint, Moret elected to move to amend again. Mot. to Amend [ECF 50] (explaining Moret did not have the resources to write a new complaint within what he thought was the case management schedule). Because Moret never docketed the complaint he had moved to supplement, I denied his motion to supplement. Order [ECF 57]. In March 2022, Moret filed another motion for leave to amend. Mot. to Amend [ECF 69]. That motion is before me now.

**DISCUSSION**

To put it generously, Moret's proposed complaint is ambitious. It lists hundreds of defendants, including every member of the Oregon judiciary—and their spouses. Mot to Amend [ECF 69] Ex. 1 at 5–8. It describes a vast government scheme to make Oregon a "safe-haven for sex-offenders" and to "experiment[]" on "[t]he male population." *Id.* at 14. It alleges the Oregon government has committed tax fraud, destroyed evidence, and has unfairly deprived prisoners of "good wholesome pornography." *Id.* at 27, 30, 38. And what is the government's motive? According to Moret: "EVIL." *Id.* at 28.

However, the complaint's zeal does not make up for its many deficiencies. The complaint fails to allege fraud with any particularity. *See* Fed. R. Civ. Pro. 9(b). It re-alleges many claims that I dismissed in my previous order. *See* Op. & Order [ECF 13]. And critically, the complaint is frivolous.

While a court may not dismiss a complaint simply because it finds the allegations to be unlikely, *Denton v. Hernandez*, 504 U.S. 25, 33 (1992), it may do so upon a finding that the

claim is frivolous. *Id.* at 32–33. A claim is frivolous if "it lacks an arguable basis either in law or in fact." *Neitzke v. Williams*, 490 U.S. 319, 325 (1989). After several opportunities to amend his complaint, Moret has yet to plead a single "'claim to relief that is plausible on its face.'" *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009) (quoting *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 570 (2007)). Instead, he has doubled down on baseless conspiracy theories. I find Moret's claims are without basis in law or fact and are therefore frivolous.

Under 28 U.S.C. § 1915(e)(2)(B)(i), I must dismiss a case filed *in forma pauperis* upon determining it "is frivolous or malicious." Accordingly, I deny Moret's Motion for Leave to File Amended Complaint [ECF 69] and dismiss this case for frivolity. It is therefore ordered and adjudged that this case is DISMISSED with prejudice.

IT IS SO ORDERED.

DATED this  11   day of May, 2022.

*Michael W. Mosman*
MICHAEL W. MOSMAN
Senior United States District Judge

3 – ORDER OF DISMISSAL